

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| JESSE VASQUEZ, | § | No. 08-17-00187-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02392) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 1, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 1, 2019.

IT IS SO ORDERED this 14th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.